# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1438**
**KA 10-02422**
PRESENT: SMITH, J.P., FAHEY, PERADOTTO, CARNI, AND SCONIERS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                ORDER

KEITH C. FERRIN, DEFENDANT-APPELLANT.

---

WILLIAMS, HEINL, MOODY & BUSCHMAN, P.C., AUBURN (RYAN J. MULDOON OF COUNSEL), FOR DEFENDANT-APPELLANT.

JON E. BUDELMANN, DISTRICT ATTORNEY, AUBURN (CHRISTOPHER T. VALDINA OF COUNSEL), FOR RESPONDENT.

----------------------------------------------------------------------------------------------------

Appeal from a judgment of the Cayuga County Court (Thomas G. Leone, J.), rendered October 7, 2010. The judgment convicted defendant, upon his plea of guilty, of grand larceny in the fourth degree and evading or defeating cigarette and tobacco products tax.

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.

Entered: December 23, 2011                        Frances E. Cafarell
                                                   Clerk of the Court